UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL CORDERO, Individually, and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>vs.<br><br>COROS WEARABLES INC.,<br><br>                    Defendant. | Case No.: 1:22-cv-05692-PAE-VF<br><br><br><br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Rafael Cordero ("Plaintiff") hereby notifies the Court that Plaintiff and defendant Coros Wearables Inc. ("Defendant") (collectively, the "parties") have reached a tentative agreement to resolve the case and are in the process of drafting a written settlement agreement. As such, the parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED:  September 1, 2022         **MIZRAHI KROUB LLP**

                                                      /s/ Edward Y. Kroub
                                                    EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*